POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): <br> JUSTIN E. STERLING, ESQ.   SBN 249491 <br> JUSTIN E. STERLING, APC <br> 15760 VENTURA BLVD STE 700 <br> ENCINO, CA 91436-3016 <br> TELEPHONE NO.: (818) 995-9452   FAX NO: (818) 824-3533 <br> E-MAIL ADDRESS: <br> ATTORNEY FOR: PLAINTIFF | FOR COURT USE ONLY |
|---|---|
| UNITED STATES DISTRICT COURT/SACRAMENTO <br> STREET ADDRESS: 501 I ST <br> MAILING ADDRESS: 501 I ST <br> CITY AND ZIP CODE: SACRAMENTO, CA 95814 <br> BRANCH NAME: EASTERN DISTRICT OF CALIFORNIA | |
| PLAINTIFF/PETITIONER: RAUL RONQUILLO <br> DEFENDANT/RESPONDENT: KERN COUNTY | Case Number: <br> 1:18-cv-00681-LJO-JLT |
| PROOF OF SERVICE OF SUMMONS | Ref. No. or File No.: |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of:  SUMMONS IN A CIVIL CASE; COMPLAINT FOR DAMAGES FOR VIOLATIONS OF CIVIL RIGHTS; ORDER SETTING MANDATORY SCHEDULING CONFERENCE; NOTICE OF AVAILABILITY VOLUNTARY DISPUTE RESOLUTION; STPILATION TO ELECT REFERRAL OF ACTION TO VOLUNTARY DISPUTE RESOLUTION PROGRAM (VDRP) PURSUANT TO LOCAL RULE 271; NOTICE OF AVAILABILITY OF A MAGISTRATE JUDGE TO EXERCISE JURISDICTION AND APPEAL INSTRUCTIONS; IMPORTANT INFO; STANDING ORDER IN ALL CIVIL CASES; PLAINTIFF'S NOTICE OF INTERESTED PARTIES; CIVIL CASE COVER SHEET

3. a. Party served:  KERN COUNTY

   b. Person served:  TERRY DEROUCHIE, DEPUTY CLERK - AUTHORIZED AGENT

4. Address where the party was served:  1115 TRUXTUN AVE FL 5, BAKERSFIELD CA 93301-4629

5. I served the party
   a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on (date): Jun, 07 2018     (2) at (time):  9:41 AM

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   d. On behalf of :
      KERN COUNTY
      under the following Code of Civil Procedure section:   CCP 416.50 (public entity)

7. Person who served papers
   a. Name:  JERIMEE MCCABE - ATTORNEY RELATED SERVICES, INC.
   b. Address:  7100 HAYVENHURST AVE STE 113, VAN NUYS CA 91406-3835
   c. Telephone number: (818) 995-9771
   d. The fee for service was: $ 60.00
   e. I am:   (3) registered California process server:

| Form Adopted for Mandatory Use <br> Judicial Council of California <br> POS-010 [Rev. January 1, 2007] | **PROOF OF SERVICE OF SUMMONS** | Code of Civil Procedure, § 417.10 |

**POS-010**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address) | FOR COURT USE ONLY |
|---|---|
| JUSTIN E. STERLING, ESQ.   SBN 249491<br>JUSTIN E. STERLING, APC<br>15760 VENTURA BLVD STE 700<br>ENCINO, CA 91436-3016<br>TELEPHONE NO.: (818) 995-9452  FAX NO.: (818) 824-3533<br>E-MAIL ADDRESS:<br>ATTORNEY FOR: PLAINTIFF | |

UNITED STATES DISTRICT COURT/SACRAMENTO
STREE ADDRESS: 501 I ST
MAILING ADDRESS: 501 I ST
CITY AND ZIP CODE: SACRAMENTO, CA 95814
BRANCH NAME: EASTERN DISTRICT OF CALIFORNIA

PLAINTIFF/PETITIONER: RAUL RONQUILLO

DEFENDANT/RESPONDENT: KERN COUNTY

Case Number:
1:18-cv-00681-LJO-JLT

**PROOF OF SERVICE OF SUMMONS**

Ref. No. or File No.:

*(Separate proof of service is required for each party served.)*

(i) Employee or independant contractor
(ii) Registration No.: 743
(iii) County: KERN COUNTY

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
Date: June 13, 2018

JERIMEE MCCABE
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)   (SIGNATURE)