| | | POS-010 |
|---|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address)<br>JUSTIN E. STERLING, ESQ.　　SBN 249491<br>JUSTIN E. STERLING, APC<br>15760 VENTURA BLVD STE 700<br>ENCINO, CA 91436-3016<br>TELEPHONE NO.: (818) 995-9452　　FAX NO: (818) 824-3533<br>E-MAIL ADDRESS:<br>ATTORNEY FOR: PLAINTIFF | | FOR COURT USE ONLY |
| UNITED STATES DISTRICT COURT/SACRAMENTO<br>STREET ADDRESS: 501 I ST<br>MAILING ADDRESS: 501 I ST<br>CITY AND ZIP CODE: SACRAMENTO, CA 95814<br>BRANCH NAME: EASTERN DISTRICT OF CALIFORNIA | | |
| PLAINTIFF/PETITIONER: RAUL RONQUILLO<br>DEFENDANT/RESPONDENT: KERN COUNTY | | Case Number:<br>1:18-cv-00681-LJO-JLT |
| **PROOF OF SERVICE OF SUMMONS** | | Ref. No. or File No.: |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of: SUMMONS IN A CIVIL CASE; COMPLAINT FOR DAMAGES FOR VIOLATIONS OF CIVIL RIGHTS; ORDER SETTING MANDATORY SCHEDULING CONFERENCE; NOTICE OF AVAILABILITY VOLUNTARY DISPUTE RESOLUTION; STPILATION TO ELECT REFERRAL OF ACTION TO VOLUNTARY DISPUTE RESOLUTION PROGRAM (VDRP) PURSUANT TO LOCAL RULE 271; NOTICE OF AVAILABILITY OF A MAGISTRATE JUDGE TO EXERCISE JURISDICTION AND APPEAL INSTRUCTIONS; IMPORTANT INFO; STANDING ORDER IN ALL CIVIL CASES; PLAINTIFF'S NOTICE OF INTERESTED PARTIES; CIVIL CASE COVER SHEET

3. a. Party served: DONNY YOUNGBLOOD
   b. Person served: DONNY YOUNGBLOOD

4. Address where the party was served: 1350 NORRIS RD, BAKERSFIELD CA 93308-2231

5. I served the party
   b. by substituted service. On (date): Jun 08, 2018　at (time): 9:04 AM　I left the documents listed in item 2 with or in the presence of: MARIA F. (F, 46-50, 140-160, LATIN, BRN H)
   (1) **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.
   (4) a declaration of mailing is attached.
   (5) I attach a **declaration of diligence** stating actions taken first to attempt personal service.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. as an individual defendant.

7. Person who served papers
   a. Name: JERIMEE MCCABE - ATTORNEY RELATED SERVICES, INC.
   b. Address: 7100 HAYVENHURST AVE STE 113, VAN NUYS CA 91406-3835
   c. Telephone number: (818) 995-9771
   d. The fee for service was: $ 35.28
   e. I am: (3) registered California process server:
      (i) Employee or independant contractor
      (ii) Registration No.: 743
      (iii) County: KERN COUNTY

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
Date: June 14, 2018

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>POS-010 [Rev. January 1, 2007] | **PROOF OF SERVICE OF SUMMONS** | Code of Civil Procedure, § 417.10 |

| | | POS-010 |
|---|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address)<br>JUSTIN E. STERLING, ESQ.　　　SBN 249491<br>JUSTIN E. STERLING, APC<br>15760 VENTURA BLVD STE 700<br>ENCINO, CA 91436-3016<br>TELEPHONE NO.: (818) 995-9452　　FAX NO: (818) 824-3533<br>E-MAIL ADDRESS:<br>ATTORNEY FOR: PLAINTIFF | | FOR COURT USE ONLY |
| UNITED STATES DISTRICT COURT/SACRAMENTO<br>STREET ADDRESS: 501 I ST<br>MAILING ADDRESS: 501 I ST<br>CITY AND ZIP CODE: SACRAMENTO, CA 95814<br>BRANCH NAME: EASTERN DISTRICT OF CALIFORNIA | | |
| PLAINTIFF/PETITIONER: RAUL RONQUILLO<br>DEFENDANT/RESPONDENT: KERN COUNTY | | Case Number:<br>1:18-cv-00681-LJO-JLT |
| **PROOF OF SERVICE OF SUMMONS** | | Ref. No. or File No.: |

*(Separate proof of service is required for each party served.)*

JERIMEE MCCABE
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)　　　(SIGNATURE)

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address) | | FOR COURT USE ONLY |
|---|---|---|
| JUSTIN E. STERLING, ESQ. SBN 249491<br>JUSTIN E. STERLING, APC<br>15760 VENTURA BLVD STE 700<br>ENCINO, CA 91436-3016<br>TELEPHONE NO.: (818) 995-9452  FAX NO: (818) 824-3533<br>E-MAIL ADDRESS:<br>ATTORNEY FOR: PLAINTIFF | | |
| UNITED STATES DISTRICT COURT/SACRAMENTO<br>STREET ADDRESS: 501 I ST<br>MAILING ADDRESS: 501 I ST<br>CITY AND ZIP CODE: SACRAMENTO, CA 95814<br>BRANCH NAME: EASTERN DISTRICT OF CALIFORNIA | | |
| PLAINTIFF/PETITIONER: RAUL RONQUILLO<br>DEFENDANT/RESPONDENT: KERN COUNTY | | Case Number:<br>1:18-cv-00681-LJO-JLT |
| **DECLARATION OF DILIGENCE** | | Ref. No. or File No.: |

*(Separate proof of service is required for each party served.)*

HEARING DATE:        TIME:        DIV: Unknown

I received the within process on June 01, 2018 and after due diligent effort, I have been able to serve said defendant/witness. The following itemization of dates and times of attempts details the efforts required to effect service. Additional costs for diligence are recoverable under CCP 1033.5(a)(4)(B).

Party/Entity to be served:   DONNY YOUNGBLOOD

Address:   1350 NORRIS RD, BAKERSFIELD CA 93308-2231        BUSINESS

As enumerated below:

06/06/2018 @ 1034 - ATTEMPTED SERVICE AT 1350 NORRIS RD, BAKERSFIELD, BUT ACCORDING TO JASMINE, THE DEFENDANT WAS NOT IN.
06/07/2018 @ 0902 - ATTEMPTED SERVICE AT 1350 NORRIS RD, BAKERSFIELD, BUT ACCORDING TO M. WALSH, THE DEFENDANT WAS NOT IN.
06/08/2018 @ 0904 - SUBSTITUTE SERVICE EFFECTED BY LEAVING COPIES WITH MARIA F. (F, 46-50, 140-160, LATIN, BRN H).

Person who served papers:
  a. Name: JERIMEE MCCABE
  b. Address: 7100 HAYVENHURST AVE STE 113, VAN NUYS CA 91406-3804
  c. Telephone number: 8189959771
  d. The fee for service was: $35.28
  e. I am (check all that apply):
     (3) a registered California process server:
        (a) Independent Contractor
        (b) Registration number: 743
        (c) County: KERN COUNTY

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: June 14, 2018

_____
JERIMEE MCCABE    [18-076464]

| Form Adopted for Mandatory Use<br>Judicial Council of California | **DECLARATION OF DILIGENCE** | Code of Civil Procedure, § 417.10 |
|---|---|---|

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address) | | FOR COURT USE ONLY |
|---|---|---|
| JUSTIN E. STERLING, ESQ.  SBN 249491<br>JUSTIN E. STERLING, APC<br>15760 VENTURA BLVD STE 700<br>ENCINO, CA 91436-3016<br>TELEPHONE NO.: (818) 995-9452    FAX NO.: (818) 824-3533<br>E-MAIL ADDRESS:<br>ATTORNEY FOR: PLAINTIFF | | |
| UNITED STATES DISTRICT COURT/SACRAMENTO<br>STREE ADDRESS: 501 I ST<br>MAILING ADDRESS: 501 I ST<br>CITY AND ZIP CODE: SACRAMENTO, CA 95814<br>BRANCH NAME: EASTERN DISTRICT OF CALIFORNIA | | |
| PLAINTIFF/PETITIONER: RAUL RONQUILLO | | Case Number: |
| DEFENDANT/RESPONDENT: KERN COUNTY | | 1:18-cv-00681-LJO-JLT |
| **PROOF OF SERVICE BY FIRST CLASS MAIL** | | Ref. No. or File No.: |

*(Separate proof of service is required for each party served.)*

I am a citizen of the United States and employed in the County of Los Angeles, State of California at Attorney Related Services, Inc, 7100 Hayvenhurst Ave Ste 113, Van Nuys, CA 91406-3804. I am over the age of 18 and not a party to the within action.

On 6/10/2018, I mailed copies of the:

SUMMONS IN A CIVIL CASE; COMPLAINT FOR DAMAGES FOR VIOLATIONS OF CIVIL RIGHTS; ORDER SETTING MANDATORY SCHEDULING CONFERENCE; NOTICE OF AVAILABILITY VOLUNTARY DISPUTE RESOLUTION; STPILATION TO ELECT REFERRAL OF ACTION TO VOLUNTARY DISPUTE RESOLUTION PROGRAM (VDRP) PURSUANT TO LOCAL RULE 271; NOTICE OF AVAILABILITY OF A MAGISTRATE JUDGE TO EXERCISE JURISDICTION AND APPEAL INSTRUCTIONS; IMPORTANT INFO; STANDING ORDER IN ALL CIVIL CASES; PLAINTIFF'S NOTICE OF INTERESTED PARTIES; CIVIL CASE COVER SHEET

to the defendant/witness in said action by placing a true copy thereof enclosed in a sealed envelope, with first class postage thereon fully prepaid, in the United States Mail at VAN NUYS, California, addressed as follows:

DONNY YOUNGBLOOD
1350 NORRIS RD, BAKERSFIELD CA 93308-2231

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage fully prepaid at VAN NUYS, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

Person who served papers:
  a. Name: STEPHEN A. RAHEB || ATTORNEY RELATED SERVICES, INC.
  B. Address: 7100 HAYVENHURST AVE STE 113, VAN NUYS CA 91406-3804
  c. Telephone number: 8189959771
  d. The fee for service was: $35.28
  e. I am (check all that apply):
    (3) a registered California process server:
      (a) Independent Contractor
      (b) Registration number: 281
      (c) County: VENTURA

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
Date: June 14, 2018

STEPHEN A. RAHEB    [18-076464]